In the Matter of the Application of NEW YORK CENTRAL ELECTRIC CORPORATION, Petitioner, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and Others, Defendants.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

ROBERT CLARENCE VAN DEUSEN, an Infant, by ROBERT R. VAN DEUSEN, His Guardian ad Litem, Respondent, v. GILBERT HERMANCE, Appellant. MARGARET VAN DEUSEN, Respondent, v. GILBERT HERMANCE, Appellant. ROBERT R. VAN DEUSEN, Respondent, v. GILBERT HERMANCE, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARK, Appellant, v. JOSEPH H. WILSON, Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Order unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

AGNES K. RITCHIE, Respondent, Appellant, v. HARRY E. SMITH, Appellant, and ROBERT R. RITCHIE, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

IDA SCHIAVONI, Appellant, Respondent, v. ANITA H. H. MORRELL and CHARLES LAPOINT, Appellants, Impleaded with MARTINO BINETTI, Respondent. FORTUNATO SCHIAVONI, Appellant, Respondent, v. ANITA H. H. MORRELL and CHARLES LA POINT, Appellants, Impleaded with MARTINO BINETTI, Respondent.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

FLOYD F. JAMES, an Infant, by MARY E. JAMES, His Guardian ad Litem, Appellant, v. CHARLES JAMES, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

GEORGE A. CASSEDY, Appellant, v. STEFANO PARENTE, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ROULEAU, Appellant, v. JOSEPH H. WILSON, Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Order unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

ROBERT J. PATTERSON, Respondent, v. TILLIE TAUBER, Appellant.— Order reversed, on the law and facts, with costs, and verdict reinstated, on the ground that a question of fact was presented for the determination of the jury. Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.

JOHN J. O'LEARY, Appellant, v. L. A. D. MOTORS CORPORATION, Respondent.— Order unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.